# Order

Michigan Supreme Court
Lansing, Michigan

October 31, 2006

131633

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

QWANTARRIO DEMOND BARNES,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131633
COA: 269361
Muskegon CC: 05-051749-FH

On order of the Court, the application for leave to appeal the May 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

11023